| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7566183 | DATE 05/16/2025 |
|---|---|---|---|---|
| **NAME** SHELBY-JOURNEY-EGNIS, Albert James | | **OFFICER** Alexis Thomas | **JUDGE** David M. Lawson | **DOCKET #** 21-CR-20535-02 |

| ORIGINAL SENTENCE DATE 04/06/2022 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 19 | PHOTO |
|---|---|---|---|---|
| COMMENCED 02/16/2024 | | | | |
| EXPIRATION 02/15/2027 | | | | |

| ASST. U.S. ATTORNEY Cassandra Resposo | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 7-10: 18 U.S.C. § 922(a)(6), False Statement and Misrepresented Identification in the Acquisition of a Firearm

Count 12: 18 U.S.C. § 922(a)(1)(A), Willful Engagement in Firearms Business Without a License

Count 13: 18 U.S.C. § 922(n), Receipt of Firearm by a Person Under Indictment

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 24 months on each count, to run concurrently for a total term of 24 months, to be followed by a 3-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a cognitive-behavioral treatment program (Trauma Focused CBT and/or Moral Reconation Therapy (MRT)) and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include education, group therapy, and structured exercises, led by a probation officer who is a certified facilitator.

   Criminal Monetary Penalty:  Special Assessment $600.00 (Paid)

Page **1** of **3**

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7566183 | DATE 05/16/2025 |
|---|---|---|---|---|
| NAME SHELBY-JOURNEY-EGNIS, Albert James | | OFFICER Alexis Thomas | JUDGE David M. Lawson | DOCKET # 21-CR-20535-02 |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

On June 20, 2024, a police report was filed by an alleged victim with Detroit Police Department (Michigan). The victim (MM) reports there was a large fight taking place at a bar she was attending. As she was attempting to escape the altercation she was struck by SHELBY-JOURNEY-EGNIS on the left side of her face with a firearm. SHELBY-JOURNEY-EGNIS was not arrested regarding this incident. This writer has reached out to the alleged victim multiple times with no return call. On July 1, 2024, this writer additionally spoke with Detroit Police Department. They have advised charges were submitted to the prosecutor; however, no charges were pursued regarding the incident at that time.

On April 14, 2025, charges were authorized by the Wayne County prosecutor's office. On April 23, 2025, SHELBY-JOURNEY-EGNIS turned himself into custody of the Detroit Detention Center. He was arraigned on charges of Assault with a Dangerous Weapon, Weapons Felony Firearm and Domestic Violence. He is currently on bond with the 36th District Court on Docket#25-05704901-01. SHELBY-JOURNEY-EGNIS next appears for Examination scheduled May 21, 2025. This case is presided by the Honorable Shawn K. Jacque.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Alexis Thomas/lnb/slg 313-234-5433 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina Wilkerson 313 234-5460 | **PROBATION ROUTING** Data Entry |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7566183 | DATE 05/16/2025 |
|---|---|---|---|---|
| **NAME** SHELBY-JOURNEY-EGNIS, Albert James | | **OFFICER** Alexis Thomas | **JUDGE** David M. Lawson | **DOCKET #** 21-CR-20535-02 |

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[  ]    Other

　　　　　　　　　　　　　　　　　　　s/ David M. Lawson
　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　May 16, 2025
　　　　　　　　　　　　　　　　　　　Date

Page **3** of **3**